Isabella R. Doerfler, Appellant, v. Sarah E. Pottberg, Individually, etc., and Others, Defendants. Abraham Doerfler, Respondent.— Motion denied, with ten dollars costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

Wallace Hunt and Florence Hunt, Respondents, v. Henry G. K. Heath, Appellant.— Motion for stay granted, without costs. Present — Jenks P. J., Thomas, Carr, Rich and Putnam, JJ.

In the Matter of James W. Carpenter, an Attorney.— Motion granted, and application referred to the Hon. Josiah T. Marean as official referee, to hear and report as to the two charges and the specifications thereof contained in the paragraphs of the petition marked third to tenth inclusive. The remaining specifications in the petition are dismissed, and a direction to that effect should be incorporated in the final order. Present — Jenks, P. J., Stapleton, Rich and Putnam, JJ. Order to be settled before Mr. Justice Stapleton.

In the Matter of the Application of the City of New York Relative to Acquiring Title, etc. Crescent Street, Borough of Queens. Frederick Ayer and Others, Appellants; City of New York and Others, Respondents. — Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

In the Matter of the Application of Holmes Jones, Appellant, for a Writ of Mandamus against Edward A. Mathews, as Town Clerk, etc., Respondent.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

In the Matter of Robert J. Mayer and Jacob Stein, Attorneys.— Inasmuch as the respondents have recognized the propriety of the payment of the moneys, and no moral turpitude is involved, the proceeding is dismissed. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

In the Matter of Proving the Last Will and Testament of Melcena B. Merritt, Deceased.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

In the Matter of the Election of the Trustees of Shiloh Baptist Church. Petition of Henry Scott and Others.— Motion granted. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ. Order to be resettled before Mr. Justice Mills.

John Monahan, Respondent, v. John H. Shipway & Brother and William A. Maroney, etc., Appellants.— Motion denied, without costs. Present — Jenks, P. J., Thomas, Carr, Mills and Rich, JJ.

The People of the State of New York, Respondent, v. Eissing Chemical Company, Appellant.— Motion denied, upon condition that appellant